UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DERRICK MARIANI-RIOS,**

    **Plaintiff,**

v.                                               Case No: 6:16-cv-2101-Orl-41GJK

**MELAO BAKERY LLC.,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 20). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 21), in which he recommends that the parties' motion be granted in part. The parties filed a Joint Notice of No Objection (Doc. 22).

"[T]he release of non-FLSA claims is generally not subject to judicial scrutiny." *Shearer v. Estep Const., Inc.*, No. 6:14-cv-1658-Orl-41GJK, 2015 WL 2402450, at *3 (M.D. Fla. May 20, 2015). Therefore, this Court does not express an opinion as to the validity of the general release agreement. After a *de novo* review of the record in this matter, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED in part**.

3. Paragraphs 9 and 11 of the Settlement Agreement (Doc. 20 at 17–18) are **STRICKEN**. In all other respects, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record